

In The

Court of Appeals

Seventh District of Texas at Amarillo

No. 07-21-00086-CV

THE MIGHTY UNION LLC, APPELLANT

V.

CARP 2020, L.P., APPELLEE

On Appeal from the 459th District Court
Travis County, Texas
Trial Court No. D-1-GN-21-001077, Honorable Amy Clark Meachum, Presiding

May 17, 2021

MEMORANDUM OPINION

Before PIRTLE and PARKER and DOSS, JJ.

Appellant, the Mighty Union LLC, filed a notice of appeal from the trial court's temporary injunction order to the Third Court of Appeals. By letter of April 28, 2021, the Third Court notified Appellant that the clerk's record, due April 26, had not been filed because Appellant failed to pay for the record. *See* TEX. R. APP. P. 35.3(a). The letter admonished Appellant that failure to pay for the clerk's record by May 10, 2021, would result in dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b). On May 4, 2021, the appeal was transferred to this Court by the Texas Supreme Court

pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).  To date, Appellant has not made payment arrangements for the clerk's record or filed any response explaining the omission.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 37.3(b), 42.3(b).

Per Curiam